# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BELHUMEUR and LORRAYNE LEIGH BELHUMEUR,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-1; PNC BANK, NATIONAL ASSOCIATION, and DOES 1-5,<br><br>  Defendants. | Case No.: 8:18-cv-00541-JSL-JEM<br><br>OCSC Case no. 30-2018-00977942-CU-OR-CJC<br><br>**ORDER ON STIPULATION TO REMAND TO STATE COURT**<br><br>Action Filed: March 7, 2018 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have stipulated to remand this matter to the Orange County Superior Court.

This matter having been fully stipulated and considered, proof being made to the satisfaction of the Court, and good cause having been shown,

**IT IS HEREBY ORDERED THAT**

Pursuant to the Stipulation of all parties, the court now Orders that this case be remanded to the Orange County Superior Court.

DATED: April 16, 2018

_____
Hon. Josephine L. Staton
United States District Judge